**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ABEL MONTES, <br> # 638804, <br><br> Plaintiff, <br><br> v. <br><br> COMAL COUNTY DISTRICT ATTORNEY; COMAL COUNTY; and COMAL COUNTY JUDGE, <br><br> Defendants. | § § § § § § § § § § § § § § SA-22-CA-00824-FB |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Abel Montes's 42 U.S.C. § 1983 Civil Rights Complaint for failure to prosecute, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Montes's Section 1983 claims against Defendants, Comal County District Attorney, Comal County and an unidentified Comal County Judge, are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 16th day of November, 2022.

FRED BIERY
UNITED STATES DISTRICT JUDGE